UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT S. MARKMAN,<br><br>           Plaintiff,<br><br>      v.<br><br>KLINT JAMES MCKAY, et al.,<br><br>          Defendants. | Case No. CV 14-02162 DDP (RAO)<br><br>JUDGMENT |

    In accordance with the Order Accepting In Part and Rejecting In Part Findings, Conclusions and Recommendations of United States Magistrate Judge issued on January 22, 2016,

    IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice.

DATE: 1/22/16

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE